IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLIE PENA,

    Plaintiff,

v.                                     CIV 11 1102 GBW/WDS

SCRIP, INC., d/b/a/
Massage Warehouse,

    Defendant.

## ORDER FINDING MOTIONS TO COMPEL MOOT

This matter comes before the Court on Defendant's Motions to Compel (Doc. Nos. 36 and 59). The Court conducted a telephonic hearing on March 20, 2013. It appears that the medical authorizations, the medical records, and the tax returns sought by Defendant have been produced. The original releases for the Division of Vocational Rehabilitation and for social security disability payments were not honored by those agencies. Plaintiff has agreed to execute further releases in a format acceptable to those entities, and provide those releases to Defendant.

Accordingly, the motions are moot.

IT IS THEREFORE ORDERED that Defendant's Motions to Compel (Doc. Nos. 36 and 59) are denied as moot.

                                                                 _____
                                                                 W. Daniel Schneider
                                                                 United States Magistrate Judge