UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLIE PENA,

    Plaintiff,

v.                          11-cv-01102 GBW/WDS

SCRIP, INC. d/b/a MASSAGE WAREHOUSE,

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION TO REOPEN DISCOVERY AND TO DISCLOSE EXPERT MEDICAL WITNESSES**

This matter comes before the Court on Defendant Scrip, Inc.'s Motion to Reopen Discovery and Disclose Expert Medical Witnesses (Doc. No. 72). The Court has had the opportunity to rule on various discovery issues over the last few months as whatever cooperation that existed between the parties has evaporated. The current motion is in some respects redundant to the previous motions. The Court incorporates its previous rulings into this current ruling. The Court has allowed the depositions of Plaintiff's medical providers (See Doc. No. 74) and has ordered more disclosure from those witnesses (See Doc. No. 75). The Court does not find good cause to reopen discovery generally or to allow additional relief beyond what has already been granted. The parties have had amply time to prepare this case for trial. The Court's previous orders have provided sufficient relief to Defendant to ensure its ability to adequately prepare for trial.

IT IS THEREFORE ORDERED THAT Defendant Scrip, Inc.'s Motion to

Reopen Discovery and Disclose Expert Medical Witnesses (Doc. No. 72) is denied.

_____
W. Daniel Schneider
United States Magistrate Judge